AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Dilan Coronado Serrano

                              JUDGMENT IN A CIVIL CASE

                Petitioner,

v.                            Case Number: 2:26-cv-00684-GMN-BNW

Blanche et al


                Respondents.


___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Petitioner Dilan Coronado Serrano, and against Respondents John Mattos, Michael Bernacke, Kerri Ann Quihuis, Markwayne Mullin, Todd Lyons and Todd Blanche.


04/21/2026                            DEBRA K. KEMPI
_____              _____
Date                                 Clerk


                                     /s/ MAM
                                     _____
                                     Deputy Clerk